# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JENNIFER DIXON                                                                    PLAINTIFF
o/b/o C.A.D., A MINOR

V.                                    NO. 3:13CV00255 JTR

CAROLYN W. COLVIN,                                                             DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE