# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JENNIFER DIXON                                                                                    PLAINTIFF
o/b/o C.A.D., A MINOR

V.                                          NO. 3:13CV00255-JTR

CAROLYN COLVIN,                                                                              DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] *Doc. 24.* According to the Commissioner's Response, *Doc. 26*, the parties have stipulated to an award of $3,807.60 consisting of: (1) $3,787.50 for attorney fees;[2] and (2) $20.10 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the EAJA, *Doc. 24*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $3,807.60 in attorney's fees and expenses under the EAJA. Consistent with the Commissioner's usual

---

[1] On November 18, 2014, the Court entered a Memorandum Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. *Docs. 22, 23.*

[2] Plaintiff's Motion sought $4,162.50 in attorney fees.

procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.

DATED this 23rd day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE